Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL II

| | | |
|---|---|---|
| MARGARITA CLEOPATRA CASAS RIVERA Y OTROS<br><br>Parte Peticionaria<br><br>v.<br><br>MENNONITE GENERAL HOSPITAL INC. Y OTROS<br><br>Parte Recurrida | TA2026CE00715 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Aibonito<br><br>Caso Núm.: AI2021CV00281<br><br>Sobre: DAÑOS Y PERJUICIOS (IMPERICIA MÉDICA) |

Panel integrado por su presidenta, la Jueza Cintrón Cintrón, el Juez Rodríguez Flores y la Jueza Díaz Rivera.

Díaz Rivera, Jueza Ponente

## R E S O L U C I Ó N

En San Juan, Puerto Rico, a 5 de junio de 2026.

El 4 de junio de 2026, Margarita Cleopatra Casas Rivera y Rafael Ángel Rodríguez Maldonado, por sí y en representación de su hijo menor de edad F.R.R.C. (en conjunto, los peticionarios), presentaron el recurso de *Certiorari* ante *nos*, con el fin de que este Tribunal decretase la paralización de los procedimientos ante el Tribunal de Primera Instancia (TPI o foro primario), Sala Superior de Aibonito y revocase la *Resolución* emitida el 21 de abril de 2026 y notificada el 22 de abril de 2026. Mediante dicho dictamen, el foro primario declaró *No Ha Lugar* la *Solicitud de Descalificación* presentada en contra del Lcdo. José Martínez Chevres.

Inconforme con dicha determinación, la parte peticionaria compareció ante *nos* el 4 de junio de 2026. Evaluado minuciosamente el recurso de *Certiorari* y su apéndice, así como la *Moción Urgente en Auxilio de Jurisdicción*, y prescindiendo de la comparecencia del Hospital General Menonita de Aibonito

(recurrido)[1], este Tribunal concluye que no se justifica nuestra intervención en este asunto.

Además, en el caso ante nuestra consideración no concurren los criterios establecidos en la Regla 40 del Reglamento del Tribunal de Apelaciones, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 63, 215 DPR __ (2025), para expedir el auto de *certiorari*.

Consecuentemente, resolvemos denegar la expedición del recurso de *Certiorari*. Asimismo, se declara *No Ha Lugar* la *Moción Urgente en Auxilio de Jurisdicción*.

**Notifíquese inmediatamente**.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] La Regla 7(b)(5) del Reglamento de este Tribunal de Apelaciones, nos permite "prescindir de términos no jurisdiccionales, escritos, notificaciones o procedimientos específicos en cualquier caso ante [nuestra] consideración, con el propósito de lograr su más justo y eficiente despacho [...]". *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 15, 215 DPR __ (2025).